**(Official Form 1) (10/05)**

| # United States Bankruptcy Court<br>## Southern District of West Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Talon Manufacturing Company, Inc., a West Virginia corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Talon Manufacturing, Inc.; DBA Talon Service Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**55-0720750** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**HC69 Box 99**<br>**Herndon, WV**<br>ZIP Code **24726** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wyoming** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**330 Harper Park Drive Suite B**<br>**Beckley, WV**<br>ZIP Code **25801** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **One Industrial Plaza**<br>**Herndon, WV 24726** | |

**Type of Debtor** (Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                    FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Talon Manufacturing Company, Inc., a West Virginia corporation** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of West Virginia** | Case Number:<br>**98-31882** | Date Filed:<br>**7/14/98** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>  Signature of Attorney for Debtor(s)     Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>■ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☐ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                        FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Talon Manufacturing Company, Inc., a West Virginia corporation**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ John A. Rollins**
_____
Signature of Attorney for Debtor(s)

**John A. Rollins**
Printed Name of Attorney for Debtor(s)

**Lewis, Glasser, Casey & Rollins PLLC**
Firm Name

**300 Summers Street**
**BB&T Square Suite 700**
**Charleston, WV 25301**

Address

**Email: courtsjar@lgcr.com**
**304 345-2000  Fax: 304 343-7999**
Telephone Number

**May 10, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Anup Ruia**
_____
Signature of Authorized Individual

**Anup Ruia**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 10, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Southern District of West Virginia

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**                Case No. _____
                                                            Debtor(s)                Chapter    **7** _____

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

        **2232.25 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 383, p. 231**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

        **The Debtor has been in the business of demilitarizing military munitions and small caliber ammunition.  These operations have been conducted at the debtor's facilities at Alpoca and Herndon, Wyoming County, West Virginia, using a portion of the real estate listed on Schedule A.  Certain projectiles containing TNT and various boosters and fuses containing explosive components have been stored in facilities located at Alpoca, West Virginia.  Security personnel have been employed and pre-paid to guard the facilities until June 1, 2007 at which time the United States Army is to assume security of the premises. The debtor does not believe the foregoing circumstances constitute a threat of imminent and identifiable harm to public health or safety, but provides the information for the benefit of the Trustee.**

Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Southern District of West Virginia

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**

_____,    Case No. _____

Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 600,000.00 | | |
| B - Personal Property | Yes | 4 | 450,724.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 57,907.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 1,050,724.35 | | |
| Total Liabilities | | | | 57,907.28 | |

Form B6A
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**                    ,   Case No. _____
_____
                                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3.65 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 374, p. 239** | **Fee** | - | **60,000.00** | **0.00** |
| **.0275 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 379, p. 311** | **Fee** | - | **2,500.00** | **0.00** |
| **.36 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 379, p. 311** | **Fee** | - | **7,500.00** | **0.00** |
| **2232.25 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 383, p. 231** | **Fee** | - | **500,000.00** | **0.00** |
| **1.44 acres in Barkers Ridge District, Wyoming County, WV recorded in DB 374, p. 239** | **Fee** | - | **30,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **600,000.00** | (Total of this page) |
| Total > | **600,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**                    Case No. _____

_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cashier's Check(to be delivered to Trustee)** | - | 32,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Peoples Bank of Mullins**<br>**Acct. No. 032611  $19.22**<br>**Acct. No. 032644  $18.60**<br>**Acct. No. 032638    $2.40**<br><br>**First Century Bank**<br>**Acct. No. 4801148** | -<br><br><br><br>- | 40.22<br><br><br><br>117.91 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **American Electric Power Deposit**<br><br>**United Parcel Service Deposit**<br><br>**Landlord Deposit** | -<br><br>-<br><br>- | 11,000.00<br><br>Unknown<br><br>850.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Rights for defense and indemnity under insurance contracts that constitute property of the debtor's estate.  See Civil Action No. 03-C-10, Wyoming County, listed on SOFA #4.** | - | 400,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 444,008.13 |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**          Case No. _____
                                                                              ,
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Fred's Warehouse** | - | 5,483.72 |
| | | **United States Army** | - | 122.50 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **5,606.22**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6B
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**                              Case No. _____
                                                                   ,
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **The US Army is listed as an unsecured creditor holding contingent unliquidated claims relative to a piece of equipment.  The Debtor holds recoupment rights relative to the same.** | - | **Unknown** |
| | | **Indemnity and related rights associated related to Civil Action No. 03-C-10, Wyoming County referenced on SOFA #4.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Small Quantity Hazardous Waste Generator Permit issued by WVDEP** | - | **Unknown** |
| | | **Rights granted under Consent Order with WVDEP MM-07-001** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various office furnishings** | - | **1,110.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **TNT, Fuse Components and other materials owned by US Army (Alpoca, WV Facility)** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,110.00** |
| (Total of this page) | |

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6B
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**       Case No. _____

                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **450,724.35**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Form B6D
(10/05)

In re  **Talon Manufacturing Company, Inc., a West Virginia corporation**  ,   Case No. _____
                                                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal
(Total of this page)

Total    **0.00**
(Report on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(10/05)

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**                    Case No. _____
                                                                  ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
                                        __0__  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(10/05)

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent unliquidated tort claim.  See Statement of Financial Affiars #4. | | | | |
| **Anita Cecil (and others)** **c/o Stephen New** **100 Main Street** **P.O. Box 5516** **Beckley, WV 25801** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Contingent unliquidated litigation claim. See Statement of Financial Affiars #4. | | | | |
| **Christopher Mark Wilson** **c/o Scott Segal** **Segal Law Firm** **810 Kanawha Blvd., E.** **Charleston, WV 25301** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **David Cooper** **c/o Rudolph Di Trapano** **604 Virginia Street, E.** **Charleston, WV 25301** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Potential claim relating to equipment. | | | | |
| **Dept. of Army HQ, attn: Melanie Johnson** **US Army Sustainment Command No. 1** **Rock Island Arsenal** **Rock Island, IL 61299-6500** | - | | | | X | X | X | **Unknown** |
| __2__   continuation sheets attached | | | | Subtotal (Total of this page) | | | | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation** ,    Case No. _____

                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **Ernest and Fiona Bennett c/o Kris Costenko 129 Main Street, Suite 609 Beckley, WV 25802** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Contingent Unliquidated Tort Claim. See Statement of Financial Affiars #4. | | | | |
| **Estle and Brandi Harrison c/o Colin Cline 1606 W. Main Street Princeton, WV 24740** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **Jerry and Bonita Johnson c/o Kris Costenko 129 Main Street, Suite 609 Beckley, WV 25802** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **John and Amanda Tilley c/o Kris Costenko 129 Main Street, Suite 609 Beckley, WV 25802** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Penalty Claims | | | | |
| **OSHA 405 Capitol Street, Suite 407 Charleston, WV 25301** | - | | | | | | | |
| | | | | | | | | **57,907.28** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **57,907.28**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation** ,      Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Potential Forklift Rental Deficiency. | | | | |
| **Portman Equipment Company**<br>**5 Park Road**<br>**Hub Industrial Park**<br>**Nitro, WV 25143** | - | | | | | X | | | **Unknown** |
| Account No. | | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **Randall and Carla Bennett**<br>**c/o Kris Costenko**<br>**129 Main Street, Suite 609**<br>**Beckley, WV 25802** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Contingent unliquidated tort claim. See Statement of Financial Affiars #4. | | | | |
| **Steve O'Neal**<br>**c/o Kris Costenko**<br>**129 Main Street, Suite 609**<br>**Beckley, WV 25802** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Contingent Unliquidated Class Action Claim. See Statement of Financial Affiars #4. | | | | |
| **Tony Hall (and others)**<br>**c/o Stuart Calwell**<br>**500 Randolph Street**<br>**Charleston, WV 25302** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **57,907.28** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**                    ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anup Ruia**<br>**202 Timber Ridge Drive**<br>**Beckley, WV 25801** | **Shareholder Agreement dated November 28, 2001** |
| **Anup Ruia**<br>**202 Timber Ridge Drive**<br>**Beckley, WV 25801** | **Severance Agreement dated March 19, 2007** |
| **Beckley Mini-Storage**<br>**400 Harper Park Drive**<br>**Beckley, WV 25801** | **Business Records Storage Facility Agreement - Prepaid for One Year** |
| **Brenda Jedra**<br>**P.O. Box 1951**<br>**Pineville, WV 24874** | **Severance Agreement dated March 19, 2007** |
| **J.L. Huitt, Jr., Trustee**<br>**McShane Group 2345 York Road**<br>**Lutherville Timonium, MD 21093** | **Shareholder Agreement dated November 28, 2001** |
| **John Sigglekow**<br>**2401 Fairfield Avenue**<br>**Bluefield, WV 24701** | **Shareholder Agreement dated November 28, 2001** |
| **Mountaineer Capital, LP**<br>**107 Capitol Street, Suite 300**<br>**Charleston, WV 25301** | **Shareholder Agreement dated November 28, 2001** |
| **Neil Thornberg** | **Shareholder Agreement dated November 28, 2001** |
| **Neil Thornberg**<br>**P.O. Box 473**<br>**Glen Daniel, WV 25844** | **Severance Agreement dated March 19, 2007** |
| **Pocahontas Land Corporation**<br>**800 Princeton Avenue**<br>**Bluefield, WV 24701** | **Real Estate Lease** |
| **Raynell Toler**<br>**P.O. Box 1776**<br>**Beckley, WV 25802** | **Commercial Lease dated March 21, 2006 for Office Space** |
| **TMK Security**<br>**P.O. Box 240**<br>**Delbarton, WV 25670** | **Security Services Agreement for Alpoca, WV Facility Pre-Paid Through June 2, 2007.** |
| **US Army** | **Settlement Agreement dated May 10, 2007** |

__1__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **US Army** | **Land Use Agreement dated May 10, 2007** |
| **WV Jobs Investment Trust Board**<br>**814 Virginia Street, E.**<br>**Charleston, WV 25301** | **Shareholder Agreement dated November 28, 2001** |
| **Wyoming County Economic Development Auth**<br>**P.O. Box 1828**<br>**Pineville, WV 24874** | **Employment Agreement** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6H
(10/05)

In re   **Talon Manufacturing Company, Inc., a West Virginia corporation**                 ,   Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

  **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**          Case No. _____

Debtor(s)          Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**14**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 10, 2007** _____          Signature    **/s/ Anup Ruia** _____

**Anup Ruia**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Talon Manufacturing Company, Inc., a West Virginia corporation**          Case No. _____
                                            Debtor(s)                  Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE
$2,899,076.00    2006  Gross Income from Operation of Business

$3,406,578.00    2005  Gross Income from Operation of Business

$3,838,656.00    2004  Gross Income from Operation of Business

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Timothy Powell | May 7, 2007 | $60.00 | $0.00 |
| Stephen Barnette | May 7, 2007 | $84.06 | $0.00 |
| Sidney White | May 7, 2007 | $4,300.00 | $0.00 |
| Shana Smith | May 7, 2007 | $520.00 | $0.00 |
| Richard Cumby | May 7, 2007 | $130.00 | $0.00 |
| Robert Fogelman | May 7, 2007 | $284.00 | $0.00 |
| Ronald Baddorf | May 7, 2007 | $230.00 | $0.00 |
| Mary Weiger | May 7, 2007 | $1,849.00 | $0.00 |
| Patricia Estep | May 7, 2007 | $150.00 | $0.00 |
| Jimmie Webb | May 7, 2007 | $450.00 | $0.00 |
| Layla Graham | May 7, 2007 | $341.00 | $0.00 |
| Lorie Baldwin | May 7, 2007 | $40.00 | $0.00 |
| Lynn Weiger | May 7, 2007 | $655.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Joey Bailey | May 7, 2007 | $122.60 | $0.00 |
| James Mercier | May 7, 2007 | $250.00 | $0.00 |
| Douglas Strope | May 7, 2007 | $3,242.00 | $0.00 |
| Floyd Peters | May 7, 2007 | $1,084.25 | $0.00 |
| Daryl Wilkins | May 7, 2007 | $2,005.00 | $0.00 |
| David Adams | May 7, 2007 | $513.50 | $0.00 |
| David Bailey | May 7, 2007 | $25.18 | $0.00 |
| Deborah Kerns | May 7, 2007 | $40.00 | $0.00 |
| Brenda Jedra | May 7, 2007 | $66.00 | $0.00 |
| Brian Spears | May 7, 2007 | $104.16 | $0.00 |
| Cecil Shrewsbury | May 7, 2007 | $30.40 | $0.00 |
| Algie Cook | May 7, 2007 | $4,300.00 | $0.00 |
| Allen Hall | May 7, 2007 | $78.00 | $0.00 |
| Beatrice Reed | May 7, 2007 | $322.06 | $0.00 |
| Estate of Michael Markovcy | May 7, 2007 | $690.89 | $0.00 |
| Ron Roth | May 7, 2007 | $623.85 | $0.00 |
| Teresa Dublin | May 7, 2007 | $980.82 | $0.00 |
| Anup Ruia | May 7, 2007 | $1,013.11 | $0.00 |
| UMWA District 17 | May 7, 2007 | $31,517.42 | $0.00 |
| United Mortgage | April 13, 2007 | $66,173.38 | $0.00 |
| WV Economic Development Authority | April 13, 2007 | $36,289.90 | $0.00 |
| Sheriff, Wyoming County, WV | April 15, 2007 | $4,185.74 | $0.00 |
| Lewis Glasser Casey & Rollins, PLLC | April 15, 2007 | $54,730.17 | $0.00 |
| See Attachment 3(b) | | $0.00 | $0.00 |

4

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| WV Jobs Investment Trust Board | April 24, 2007 | $200,000.00 | $0.00 |
| WV Jobs Investment Trust Board | April 13, 2007 | $300,000.00 | $0.00 |
| Mountaineer Capital, LP | April 13, 2007 | $317,054.08 | $0.00 |
| Mountaineer Capital, LP | 6/7/06 | $237.86 | $0.00 |
| Mountaineer Capital, LP | 7/3/06 | $103.58 | $0.00 |
| Mountaineer Capital, LP | 7/24/06 | $9,405.67 | $0.00 |
| Mountaineer Capital, LP | 8/8/06 | $118.93 | $0.00 |
| Mountaineer Capital, LP | 9/7/2006 | $118.93 | $0.00 |
| Mountaineer Capital, LP | 10/9/06 | $115.09 | $0.00 |
| Mountaineer Capital, LP | 10/26/06 | $9,503.54 | $0.00 |
| Mountaineer Capital, LP | 11/1/06 | $118.93 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Talon Mfg. Co., Inc., Appellant v. Stephanie R. Timmermeyer, Secretary, DEP, Appellee 0635-EQB | Administrative Appeal | WV Environmental Quality Board | Closed |
| Appeal of Talon Manufacturing Company, Inc. USBCA 55844 | Appeal of Administrative Decision | Armed Services Board of Contract Appeals | Pending closure |
| Anita Cecil, and others similarly situated v. Talon Manufacturing Company, Inc. et al.  Civil Action No. 06-C-33 | Civil Litigation | Circuit Court of Wyoming County, West Virginia | Pending |
| Christopher Mark Wilson v. Talon Manufacturing Company, Inc. et al.  Civil Action No. 05-C-183 | Civil Litigation | Circuit Court of Wyoming County, West Virginia | Pending |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Steve O'Neal, et al. v. Talon Manufacturing Company, Inc. v. Clarendon National Insurance Company, et al. Civil Action No. 03-C-10** | **Civil Litigation** | **Circuit Court of Wyoming County, West Virginia** | **Pending** |
| **David Cooper v. Magnum Coal Company, et al. Civil Action No. 07-C-71** | **Civil Litigation** | **Circuit Court of Boone County, West Virginia** | **Pending** |
| **Mountaineer Capital, LP v. Talon Manufacturing Company, Inc. Civil Action No. 07-C-14** | **Civil Litigation** | **Circuit Court of Wyoming County, West Virginia** | **Closed** |
| **Tony Hall et al. v. Talon Manufacturing Company, Inc.** | **Civil Class Action Litigation** | **Circuit Court of Wyoming County, WV  Case No. 05-C-185** | **Pending** |
| **Estle Harrison et al v. Talon Manufacturing Company, Inc. et al. Case No. 02-C-114** | **Civil Action** | **Circuit Court of Wyoming County, West Virginia** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF PERSON FOR WHOSE
    BENEFIT PROPERTY WAS SEIZED                 DATE OF SEIZURE

DESCRIPTION AND VALUE OF
    PROPERTY

### 5.  Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Portman Equipment Company 5 Park Road Hub Industrial Park Nitro, WV 25143** | **May 9, 2007** | **Return of Forklift under Equipment Lease - Value Unknown** |

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF ASSIGNEE

DATE OF
ASSIGNMENT

TERMS OF ASSIGNMENT OR SETTLEMENT

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Ammunition Powder - $50,000** | **Destroyed by Fire - Uninsured** | **July 5, 2006** |
| **Fuse Boosters - Value Unknown** | **Theft - Uninsured** | **September 2006** |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lewis Glasser Casey & Rollins, PLLC** | **4/13/07** | **$10,000** |

**10. Other transfers**

None
☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **SSA Equipment, LLC**<br>**3000 Arnold-Tenbrook Road**<br>**Arnold, MO 63010** | **4/6/07** | **Equipment - $1,056,400.00** |

7

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **SSA Equipment, LLC**<br>**3000 Arnold-Tenbrook Road**<br>**Arnold, MO 63010** | **5/3/07** | **Equipment - $95,000.00** |
| **Resource Valuization, Inc.**<br>**P.O. Box 8172**<br>**Charleston, WV 25303** | **April 2007** | **Lab Equipment $6,500.00** |
| **S.E. Ferguson Equipment Company**<br>**Route 97**<br>**Wyoming, WV 24898** | **April 2007** | **Mobile Equipment $30,000.00** |
| **Empire Metal Recycling**<br>**111 22nd Street E.**<br>**Huntington, WV** | **April 2007** | **Scrap Metal  $10,812.00** |

None<br>■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None<br>■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None<br>■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None<br>■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

8

**14.  Property held for another person**

None
☐      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **United States Army** | **Various TNT Projectiles, Fuse Components and other Munitions** | **Alpoca, WV Facility** |

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **See Attachment 17** | | | |

None
☐      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **See Attachment 17** | | | |

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
☐     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **See Attachment 17** | | |

### 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
      securities within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS<br>OF SOC. SEC. NO./<br>COMPLETE EIN OR<br>OTHER TAXPAYER<br>I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Brenda Jedra**<br>**P.O. Box 1951**<br>**Pineville, WV 24874** | **2001 to present** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
■     books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Anup Ruia<br>202 Timber Ridge Drive<br>Beckley, WV 25801** | **President, Member Bd. of Dir.,** | **600,000 shares common stock** |
| **Neil J. Thornberg<br>P.O. Box 473<br>Glen Daniel, WV 25844** | **Vice President, Member Bd. of Dir.** | **105,000 shares common stock** |
| **Brenda Jedra<br>P.O. Box 1951<br>Pineville, WV 24874** | **Secretary, Member Bd. of Dir.** | |
| **WV Jobs Investment Trust<br>P.O. Box 1951<br>Pineville, WV 24874** | **Shareholder** | **240,000 Shares Series A Convertible Preferred Stock<br>260,000 Shares Common Stock** |
| **John Sigglekow<br>2401 Fairfiled Ave.<br>Bluefield, WV 24701** | **Shareholder** | **50,000 Shares Common Stock** |
| **J.W. Huitt, Jr. Trustee<br>McShane Group<br>2345 York Road<br>Lutherville Timonium, MD 21093** | **Shareholder** | **50,000 Shares Common Stock** |

11

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **William Taylor**<br>**P.O. Box 8781**<br>**Lexington, KY 40533** | **(Former Member Board of Directors)** | **November 13, 2006** |
| **Anup Ruia**<br>**202 Timber Ridge Drive**<br>**Beckley, WV 25801** | **President, Member Bd. of Dir.** | **Resigned May 10, 2007** |
| **Neil Thornberg**<br>**P.O. Box 473**<br>**Glen Daniel, WV 25844** | **Vice President, Member Bd. of Dir.** | **Resigned May 10, 2007** |
| **Brenda Jedra**<br>**P.O. Box 1951**<br>**Pineville, WV 24874** | **Secretary, Member Bd. of Dir.** | **Resigned May 10, 2007** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|------------------------------------------------------------|-----------------------------------|------------------------------------------------------------|
| **Anup Ruia**<br>**201 Timber Ridge Drive**<br>**Beckley, WV 25801**<br>  **President** | **5/8/07 Severance** | **$100,000.00** |
| **Brenda Jedra**<br>**P.O. Box 1951**<br>**Pineville, WV 24874**<br>  **Secretary** | **5/8/07 Severance** | **$40,000.00** |
| **Neil Thornberg**<br><br>  **Vice-President** | **5/8/07 Severance** | **$60,000.00** |

**See Attachment 23**

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

12

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■  employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date **May 10, 2007**_____        Signature **/s/ Anup Ruia**_____
                                                          **Anup Ruia**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# ATTACHMENT 3(b)

**TALON MANUFACTURING COMPANY**
**CHECKS FROM P/R AND PC ACCOUNTS**

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|-------------:|
| 02/02/2007 | IRS941 | $ 7,167.89 |
| 02/02/2007 | IRS941 | $ 204.35 |
| 02/05/2007 | STEELCON | $ 318.23 |
| 02/12/2007 | US POSTMASTER | $ 18.02 |
| 02/14/2007 | APPLIED INDUSTRIAL TECH. | $ 77.16 |
| 02/15/2007 | AEP | $ 5,417.44 |
| 02/15/2007 | AIRGAS | $ 211.57 |
| 02/15/2007 | ANALABS | $ 44.00 |
| 02/15/2007 | AVAYA | $ 64.85 |
| 02/15/2007 | BRICKSTREET INS. | $ 2,862.50 |
| 02/15/2007 | CARELINK | $ 1,760.45 |
| 02/15/2007 | CINGULAR WIRELESS | $ 126.59 |
| 02/15/2007 | HOSTWAY CORPORATION | $ 65.85 |
| 02/15/2007 | JOHN CONNOR | $ 61.59 |
| 02/15/2007 | MOUNTAINEER GAS | $ 58.89 |
| 02/15/2007 | PAMELA SHREWSBURY | $ 300.00 |
| 02/15/2007 | PORTMAN EQUIPMENT | $ 657.06 |
| 02/15/2007 | PRIME RATE | $ 4,983.37 |
| 02/15/2007 | R&S ONE STOP | $ 1,655.88 |
| 02/15/2007 | RICHMORR & ASSOCIATES | $ 1,290.47 |
| 02/15/2007 | RUSSELL GROSECLOSE | $ 300.00 |
| 02/15/2007 | SAFETY-KLEEN CORP. | $ 2,664.84 |
| 02/15/2007 | SKYCASTERS | $ 254.00 |
| 02/15/2007 | SUDDENLINK | $ 79.99 |
| 02/15/2007 | THE HUNTING SHACK | $ 9,325.69 |
| 02/15/2007 | TINA LEWIS | $ 800.43 |
| 02/15/2007 | TOLER PROPERTIES | $ 850.00 |
| 02/15/2007 | UMWA | $ 48.72 |
| 02/15/2007 | UNITED PARCEL SERVICE | $ 187.86 |
| 02/15/2007 | USDOL-OSHA | $ 1,154.46 |
| 02/15/2007 | USDOL-OSHA | $ 360.00 |
| 02/15/2007 | VERIZON | $ 1,140.87 |
| 02/15/2007 | VIRGINIA DEPT. OF TAXATION | $ 220.40 |
| 02/15/2007 | WV DEPT. OF TAX & REVENUE | $ 1,799.00 |
| 02/15/2007 | WV INSURANCE COMMISSION | $ 2,083.39 |
| 02/16/2007 | BILLY HALSEY | $ 8.96 |
| 02/16/2007 | DWAYNE JESSIE | $ 11.41 |
| 02/16/2007 | GRANVILLE HALL | $ 19.80 |
| 02/16/2007 | IRS941 | $ 5,575.29 |
| 02/16/2007 | JACK COLLINS | $ 9.90 |
| 02/16/2007 | ROGER BELCHER | $ 6.84 |
| 02/16/2007 | WILLIAM KINSER | $ 57.71 |
| 02/19/2007 | TAX AND TRADE BURAU | $ 3,826.88 |
| 02/19/2007 | UMWA | $ 36.54 |
| 02/19/2007 | UPS FREIGHT | $ 900.52 |
| 02/20/2007 | UMLIC | $ 1,040.63 |
| 02/20/2007 | UPS FREIGHT | $ 568.75 |
| 02/20/2007 | UPS FREIGHT | $ 1,288.94 |

**TALON MANUFACTURING COMPANY**
**CHECKS FROM P/R AND PC ACCOUNTS**

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|-------------:|
| 02/20/2007 | YELLOW TRANSPORTATION | $ 1,758.73 |
| 02/20/2007 | YELLOW TRANSPORTATION | $ 1,597.82 |
| 02/22/2007 | LOWE'S | $ 169.00 |
| 02/23/2007 | ALPOCA DISCOUNT TIRE | $ 318.00 |
| 02/23/2007 | BESTONE TIRE | $ 784.62 |
| 02/23/2007 | STAPLES | $ 39.89 |
| 02/24/2007 | WAL-MART | $ 80.86 |
| 02/26/2007 | UPS FREIGHT | $ 902.08 |
| 02/27/2007 | LOWE'S | $ 174.97 |
| 02/27/2007 | WAL-MART | $ 58.59 |
| 02/27/2007 | WAL-MART | $ 50.67 |
| 02/28/2007 | UMWA | $ 255.78 |
| 03/01/2007 | BILLY HALSEY | $ 7.56 |
| 03/01/2007 | FIRST CENTURY BANK | $ 5,000.00 |
| 03/01/2007 | GRANVILLE HALL | $ 14.76 |
| 03/01/2007 | ROGER BELCHER | $ 11.89 |
| 03/01/2007 | WILLIAM KINSER | $ 56.12 |
| 03/02/2007 | UMWA | $ 12.18 |
| 03/05/2007 | DFAS, COLUMBUS | $ 5,000.00 |
| 03/05/2007 | IRS941 | $ 7,483.07 |
| 03/05/2007 | TAX AND TRADE BURAU | $ 7,979.11 |
| 03/06/2007 | ESTEP'S | $ 435.66 |
| 03/07/2007 | ANALABS | $ 44.00 |
| 03/07/2007 | SAM'S CLUB | $ 37.10 |
| 03/09/2007 | ALPOCA DISCOUNT TIRE | $ 21.60 |
| 03/09/2007 | BESTONE TIRE | $ 456.39 |
| 03/09/2007 | BESTONE TIRE | $ 37.00 |
| 03/09/2007 | WAL-MART | $ 52.22 |
| 03/14/2007 | PRIME RATE | $ 4,983.37 |
| 03/14/2007 | UMWA | $ 328.86 |
| 03/14/2007 | US POSTMASTER | $ 43.64 |
| 03/14/2007 | VIRGINIA DEPT. OF TAXATION | $ 220.40 |
| 03/14/2007 | WAL-MART | $ 32.27 |
| 03/14/2007 | WV DEPT. OF TAX & REVENUE | $ 1,886.00 |
| 03/14/2007 | WV DEPT. OF TAX & REVENUE | $ 50.00 |
| 03/15/2007 | AEP | $ 4,403.06 |
| 03/15/2007 | BOB'S SANITARY SERVICE | $ 900.00 |
| 03/15/2007 | CARELINK | $ 3,499.17 |
| 03/15/2007 | CINGULAR WIRELESS | $ 113.73 |
| 03/15/2007 | CINTAS | $ 451.09 |
| 03/15/2007 | DELTEK | $ 1,153.77 |
| 03/15/2007 | FERRELLGAS | $ 31.80 |
| 03/15/2007 | IRS941 | $ 7,578.25 |
| 03/15/2007 | MOUNTAINEER GAS | $ 265.55 |
| 03/15/2007 | PENSKE TRUCK LEASING | $ 2,013.00 |
| 03/15/2007 | POCOHONTAS LAND CORP. | $ 36.22 |
| 03/15/2007 | PORTMAN EQUIPMENT | $ 667.06 |
| 03/15/2007 | RICHMORR & ASSOCIATES | $ 792.00 |

**TALON MANUFACTURING COMPANY**
**CHECKS FROM P/R AND PC ACCOUNTS**

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|-------------:|
| 03/15/2007 | SUDDENLINK | $ 79.99 |
| 03/15/2007 | TOLER PROPERTIES | $ 850.00 |
| 03/15/2007 | UNITED PARCEL SERVICE | $ 287.85 |
| 03/15/2007 | VERIZON | $ 1,086.10 |
| 03/15/2007 | VESTED HEALTH | $ 2,500.00 |
| 03/15/2007 | YELLOW TRANSPORTATION | $ 40.01 |
| 03/16/2007 | BILLY HALSEY | $ 2.34 |
| 03/16/2007 | GRANVILLE HALL | $ 19.08 |
| 03/16/2007 | ROGER BELCHER | $ 18.87 |
| 03/16/2007 | STAPLES | $ 121.43 |
| 03/16/2007 | WILLIAM KINSER | $ 111.96 |
| 03/19/2007 | JOHN J. JAMES | $ 2,989.07 |
| 03/19/2007 | L & B PIT STOP | $ 56.54 |
| 03/19/2007 | R & S ONE STOP | $ 1,026.69 |
| 03/19/2007 | ROBIN JOHNSON | $ 500.00 |
| 03/20/2007 | LOWE'S | $ 60.80 |
| 03/21/2007 | STEELCON | $ 275.49 |
| 03/22/2007 | CARTER MACHINERY | $ 330.52 |
| 03/22/2007 | ESTEP'S | $ 366.60 |
| 03/22/2007 | TAX AND TRADE BURAU | $ 14,925.07 |
| 03/22/2007 | UPS FREIGHT | $ 429.61 |
| 03/26/2007 | TMK SECURITY | $ 4,720.50 |
| 03/26/2007 | WINFREY'S EXXON | $ 52.50 |
| 03/27/2007 | UPS FREIGHT | $ 1,121.25 |
| 03/28/2007 | PAMELA SHREWSBURY | $ 300.00 |
| 03/28/2007 | RUSSELL GROSECLOSE | $ 300.00 |
| 03/28/2007 | UMWA | $ 328.86 |
| 03/30/2007 | BILLY HALSEY | $ 5.11 |
| 03/30/2007 | GRANVILLE HALL | $ 19.80 |
| 03/30/2007 | IRS941 | $ 8,027.49 |
| 03/30/2007 | PENSKE TRUCK LEASING | $ 594.00 |
| 03/30/2007 | ROGER BELCHER | $ 30.21 |
| 03/30/2007 | USDOL-OSHA | $ 380.00 |
| 03/30/2007 | USDOL-OSHA | $ 1,154.46 |
| 03/30/2007 | WILLIAM KINSER | $ 103.10 |
| 04/03/2007 | IRS941 | $ 2,945.47 |
| 04/03/2007 | ROGER BELCHER | $ 14.08 |
| 04/03/2007 | WILLIAM KINSER | $ 48.89 |
| 04/04/2007 | UPS FREIGHT | $ 363.01 |
| 04/05/2007 | BAGGETT TRANSPORTATION | $ 798.00 |
| 04/05/2007 | JOHN S. JAMES | $ 2,003.75 |
| 04/05/2007 | RALEIGH COUNTY LANDFILL | $ 20,000.00 |
| 04/05/2007 | UNITED PARCEL SERVICE | $ 1,352.77 |
| 04/06/2007 | C, A, & F TRANSPORT | $ 44,680.00 |
| 04/08/2007 | TAX AND TRADE BURAU | $ 4,392.03 |
| 04/08/2007 | STAPLES | $ 55.94 |
| 04/10/2007 | CARELINK | $ 2,216.88 |
| 04/11/2007 | UMWA | $ 328.86 |

**TALON MANUFACTURING COMPANY**
**CHECKS FROM P/R AND PC ACCOUNTS**

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|--------------|
| 04/11/2007 | WAL-MART | $ 209.75 |
| 04/12/2007 | PRIME RATE | $ 4,983.37 |
| 04/12/2007 | THE HUNTING SHACK | $ 16,460.06 |
| 04/13/2007 | AIRGAS | $ 490.44 |
| 04/13/2007 | AVAYA | $ 194.55 |
| 04/13/2007 | BECKLEY WELDING SUPPLY | $ 35.00 |
| 04/13/2007 | JOHN CONNOR | $ 123.18 |
| 04/13/2007 | JOHN S. JAMES | $ 3,750.00 |
| 04/13/2007 | L & B PIT STOP | $ 252.36 |
| 04/13/2007 | MINERAL FABRICATION | $ 1,620.00 |
| 04/13/2007 | PENSKE TRUCK LEASING | $ 1,782.00 |
| 04/13/2007 | R&S ONE STOP | $ 2,210.52 |
| 04/13/2007 | TMK SECURITY | $ 2,711.26 |
| 04/13/2007 | TOLER PROPERTIES | $ 850.00 |
| 04/13/2007 | VIRGINIA DEPT. OF TAXATION | $ 330.60 |
| 04/13/2007 | WV DEPT. OF TAX & REVENUE | $ 3,267.00 |
| 04/14/2007 | UMWA | $ 231.42 |
| 04/16/2007 | C&D PRODUCTS | $ 157.30 |
| 04/16/2007 | SHERIFF OF WYO. COUNTY | $ 3,965.83 |
| 04/16/2007 | UPS FREIGHT | $ 290.22 |
| 04/17/2007 | BECKLEY MINI STORAGE | $ 916.00 |
| 04/17/2007 | BOB'S SANITARY SERVICE | $ 450.00 |
| 04/17/2007 | BRETT P. BODIE | $ 3,487.00 |
| 04/17/2007 | CAPPAC PLASTIC | $ 4,962.24 |
| 04/17/2007 | CINGULAR WIRELESS | $ 133.20 |
| 04/17/2007 | CINTAS | $ 352.08 |
| 04/17/2007 | DELTEK | $ 487.30 |
| 04/17/2007 | MOUNTAINEER GAS | $ 35.93 |
| 04/17/2007 | PORTMAN EQUIPMENT | $ 657.06 |
| 04/17/2007 | RALEIGH COUNTY LANDFILL | $ 10,000.00 |
| 04/17/2007 | RICHMORR & ASSOCIATES | $ 600.00 |
| 04/17/2007 | SUDDENLINK | $ 79.99 |
| 04/17/2007 | UNITED PARCEL SERVICE | $ 44.22 |
| 04/17/2007 | UPS FREIGHT | $ 626.33 |
| 04/17/2007 | VERIZON | $ 875.64 |
| 04/18/2007 | C, A, & F TRANSPORT | $ 6,250.00 |
| 04/18/2007 | IRS941 | $ 15,203.47 |
| 04/18/2007 | STAPLES | $ 66.77 |
| 04/19/2007 | C, A, & F TRANSPORT | $ 6,000.00 |
| 04/19/2007 | TAX AND TRADE BURAU | $ 1,281.50 |
| 04/19/2007 | UPS FREIGHT | $ 376.17 |
| 04/20/2007 | WAL-MART | $ 138.52 |
| 04/23/2007 | C, A, & F TRANSPORT | $ 7,500.00 |
| 04/23/2007 | RALEIGH COUNTY LANDFILL | $ 4,000.00 |
| 04/23/2007 | WV BUREAU EMPLOYMENT | $ 6,310.52 |
| 04/24/2007 | ANALABS | $ 348.00 |
| 04/24/2007 | BAGGETT TRANSPORTATION | $ 1,035.00 |
| 04/24/2007 | JOHN S. JAMES | $ 4,700.00 |

TALON MANUFACTURING COMPANY
CHECKS FROM P/R AND PC ACCOUNTS

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|-------------:|
| 04/24/2007 | MORGAN COUNTY ECONOMIC | $ 3,000.00 |
| 04/24/2007 | PENSKE TRUCK LEASING | $ 594.00 |
| 04/24/2007 | SAFETY-KLEEN CORP. | $ 1,779.48 |
| 04/24/2007 | SKYCASTERS | $ 264.00 |
| 04/24/2007 | US POSTMASTER | $ 39.00 |
| 04/24/2007 | VERIZON | $ 184.61 |
| 04/25/2007 | THE HUNTING SHACK | $ 7,052.88 |
| 04/25/2007 | TMK SECURITY | $ 4,133.73 |
| 04/25/2007 | US POSTMASTER | $ 10.96 |
| 04/26/2007 | BULLOCK WIGGINS WIRE | $ 1,863.75 |
| 04/26/2007 | RALEIGH COUNTY LANDFILL | $ 4,776.05 |
| 04/26/2007 | UMWA | $ 694.26 |
| 04/26/2007 | WV DEPT. OF TAX & REVENUE | $ 2,299.00 |
| 04/27/2007 | PAMELA SHREWSBURY | $ 300.00 |
| 04/27/2007 | RUSSELL GROSECLOSE | $ 300.00 |
| 04/27/2007 | STAPLES | $ 84.29 |
| 04/27/2007 | US POSTMASTER | $ 25.87 |
| 04/27/2007 | WV INSURANCE COMMISSION | $ 10,417.13 |
| 04/30/2007 | AEP | $ 936.99 |
| 04/30/2007 | AEP | $ 242.68 |
| 04/30/2007 | BOB'S SANITARY SERVICE | $ 450.00 |
| 04/30/2007 | ENVIRONMENTAL SOLUTIONS | $ 7,500.00 |
| 04/30/2007 | ESTEP'S | $ 442.00 |
| 04/30/2007 | FAMILY HEALTHCARE | $ 106.08 |
| 04/30/2007 | IRS | $ 790.23 |
| 04/30/2007 | IRS941 | $ 1,097.87 |
| 04/30/2007 | JOHN S. JAMES | $ 1,400.00 |
| 04/30/2007 | PENSKE TRUCK LEASING | $ 1,188.00 |
| 04/30/2007 | PORTMAN EQUIPMENT | $ 657.06 |
| 04/30/2007 | RALEIGH COUNTY LANDFILL | $ 114.81 |
| 04/30/2007 | UMWA | $ 36.54 |
| 04/30/2007 | UPS FREIGHT | $ 256.38 |
| 04/30/2007 | VERIZON | $ 1,782.72 |
| 04/30/2007 | VIRGINIA DEPT. OF TAXATION | $ 992.17 |
| 04/30/2007 | WV DEPT. OF TAX & REVENUE | $ 3,295.00 |
| 05/01/2007 | IRS941 | $ 12,053.67 |
| 05/02/2007 | USDOL-OSHA | $ 380.00 |
| 05/02/2007 | USDOL-OSHA | $ 1,154.46 |
| 05/04/2007 | FCB-CLEANUP | $ 500.00 |
| 05/04/2007 | FCB-FERRELLGAS | $ 134.20 |
| 05/04/2007 | FCB-LUSK DISPOSAL | $ 1,840.40 |
| 05/04/2007 | FCB-PENSKE TRUCK LEASING | $ 594.00 |
| 05/04/2007 | FCB-R&S ONE STOP | $ 1,040.98 |
| 05/04/2007 | FCB-SUDDENLINK | $ 79.00 |
| 05/04/2007 | FCB-VERIZON | $ 865.73 |

**TALON MANUFACTURING COMPANY**
**CHECKS FROM P/R AND PC ACCOUNTS**

| DATE | VENDOR NAME | CHECK AMOUNT |
|------|-------------|-------------|
| 05/07/2007 | FCB-UPS FREIGHT | $ 857.76 |
| 05/08/2007 | FCB-TMK SECURITY | $ 4,213.83 |
| 05/08/2007 | FCB-TMK SECURITY | $ 2,000.00 |
| 05/08/2007 | FCB-PENSKE TRUCK LEASING | $ 734.32 |
| 05/08/2007 | FCB-WV W/HOLDING | $ 56.00 |
| 05/08/2007 | FCB-WV W/HOLDING | $ 18,019.00 |
| 05/08/2007 | FCB-SUTA 2ND QTR | $ 62.15 |
| 05/09/2007 | FIRST CENTURY BANK | $ 500.00 |
| 05/09/2007 | FCB-TMK SECURITY | $ 2,000.00 |
| 05/09/2007 | FCB-RALEIGH COUNTY LANDFILL | $ 1,233.29 |
| 05/09/2007 | FCB-LUSK DISPOSAL | $ 3,273.89 |
| 05/09/2007 | FCB-SAFETY-KLEEN | $ 3,585.61 |
| 05/09/2007 | FCB-BRICKSTREET INSURANCE | $ 14,680.00 |
| 05/10/2007 | FCB-TRUSTEE | $ 32,000.00 |
| | **INSIDER CHECKS** | |
| 05/10/2007 | NEIL THORNBERG | $ 108.92 |
| 05/10/2007 | BRENDA JEDRA | $ 652.00 |

ATTACHMENT 17

In the period of 1993 through March 2007, the debtor conducted contractual work for the United States Army, the United States Marine Corp, and other elements of the Department of Defense that have involved the demilitarization of military munitions and ammunition. In the periods of operation prior to 2001, the debtor conducted the demilitarization of small caliber ammunition and of certain larger munitions that contained boosters with Tetryl and 40 mm TNT projectiles Operations were conducted at various sites including Alpoca, Herndon and Itmann, West Virginia. As a result of those operations, large quantities of material were stored at various locations including leased bunkers at Point Pleasant, Mason County, West Virginia and at sites in Itmann, Alpoca and Karo, Wyoming County, West Virginia. The company ceased demilitarization of larger munitions under 2001 reorganization and thereafter handled only small caliber ammunition.

In 2001, under the provisions of the Resource, Conservation, Recovery Act, Region III of the US Environmental Protection Agency (EPA) cited Talon for contamination of a portion of one site at Itmann, West Virginia where a popping furnace had been utilized. On June 28, 2002, the debtor and the EPA entered into a Consent Agreement and Final Order, Docket No. RCRA-03-2001-0377, which provided that the debtor conduct remediation of the area and related compliance. The debtor completed remediation of the site under the order and the matter was closed by the EPA in September, 2005. The EPA is located at 1650 Arch Street, Philadelphia, PA 19103-2029.

In the period of 2002 through 2006, the West Virginia Department of Environmental Protection (DEP) issued several Notices of Violation relative to the manner in which various wastes at the debtor facilities were handled and indicating storage of certain material could constitute the storage of hazardous wastes without a permit. The debtor abated the violations in each instance. Hazardous waste generated by small caliber ammunition demilitarization was later permitted through a Small Quantity Generator license. The DEP is located at 601 57th Street SE, Charleston, WV 25304.

Certain of the stored materials from pre-2001 operations constituted hazardous wastes. A Consent Order was entered into between DEP and the debtor designated as Order MM-02-007. The order provided for the on site destruction of these wastes with the activity of removal was to be performed by a contractor that was to be paid by the Department of the Army. The project was not completed after federal funding of the projection was discontinued for budgetary reasons.

On November 16, 2006, the DEP issued Unilateral Order No. MM-06-002 which rescinded Order MM-02-007 and directed the removal of certain materials, and directed the debtor to discontinue demilitarization activity until compliance with the order had been achieved.

After an appeal of the Order MM-06-002 by the debtor, the DEP and the debtor resolved certain legal and other issues by entry on January 30, 2007 into Consent Order MM-07-001 which rescinded Order MM-06-002. Under this order, the debtor agreed to discontinue demilitarization activity by May 10, 2007 and remove certain ammunition, waste and other materials at various sites. The debtor has completed the performance of Order MM-07-001.

Under the provisions of Order MM-07-001 and prior orders and notices, the debtor has closed its sites at Itmann, Herndon, Karo and Point Pleasant and removed all materials on those sites by sale or disposal.

The disposal of certain materials at the debtor's Alpoca site was not addressed by Order MM-07-001 by agreement of the debtor and DEP given limitations presented to the debtor and the ownership of materials by the US Army. Materials still located at Alpoca include fuze related munitions and TNT containing projectiles and related components. The US Army has taken possession of the fuse material and has committed to take possession of the TNT by June 1, 2007.

# ATTACHMENT 23

(Certain items included on this attachment represent reimbursement of expenses
that may be properly reported on Statement of Financial Affairs Item # 3(b))

ANUP RUIA
202 TIMBER RIDGE
BECKLEY, WV 25801

| DATE | CHECK AMOUNT |
|------|-------------:|
| 05/25/2006 | $ 687.18 |
| 05/25/2006 | $ 7,795.88 |
| 06/27/2006 | $ 10,897.50 |
| 06/28/2006 | $ 600.73 |
| 07/24/2006 | $ 5,555.06 |
| 07/31/2006 | $ 1,369.44 |
| 08/31/2006 | $ 6,307.19 |
| 08/31/2006 | $ 1,337.60 |
| 09/29/2006 | $ 2,034.20 |
| 09/29/2006 | $ 1,306.52 |
| 11/29/2006 | $ 7,124.22 |
| 11/29/2006 | $ 3,657.82 |
| 12/28/2006 | $ 544.91 |
| 12/28/2006 | $ 4,782.73 |
| 01/31/2007 | $ 3,265.05 |
| 01/31/2007 | $ 3,737.12 |
| 02/20/2007 | $ 9,272.81 |
| 02/20/2007 | $ 845.76 |
| 03/15/2007 | $ 1,285.76 |
| 03/30/2007 | $ 1,252.23 |
| 04/30/2007 | $ 7,116.54 |

PAYROLL EARNINGS

| DATE | GROSS | NET |
|------|------:|----:|
| 05/11/2006 | $ 5,231.20 | $ 3,609.26 |
| 05/26/2006 | $ 5,231.20 | $ 3,609.26 |
| 06/09/2006 | $ 5,231.20 | $ 3,609.26 |
| 06/23/2006 | $ 5,231.20 | $ 3,609.26 |
| 07/07/2006 | $ 5,231.20 | $ 3,609.26 |
| 07/21/2006 | $ 5,231.20 | $ 3,609.26 |
| 08/04/2006 | $ 5,231.20 | $ 3,609.26 |
| 08/18/2006 | $ 5,231.20 | $ 3,609.26 |
| 09/01/2006 | $ 5,231.20 | $ 3,609.26 |
| 09/15/2006 | $ 5,231.20 | $ 3,931.21 |
| 09/29/2006 | $ 5,231.20 | $ 3,933.59 |
| 10/13/2006 | $ 5,231.20 | $ 3,933.59 |
| 10/27/2006 | $ 5,231.20 | $ 3,933.59 |
| 11/10/2006 | $ 5,231.20 | $ 3,933.59 |
| 11/24/2006 | $ 5,231.20 | $ 3,933.59 |
| 12/08/2006 | $ 5,231.20 | $ 3,933.59 |
| 12/22/2006 | $ 5,231.20 | $ 3,933.59 |
| 12/29/2006 | $ 23,451.47 | $ 14,587.83 |
| 01/05/2007 | $ 5,231.20 | $ 3,609.26 |
| 01/19/2007 | $ 5,231.20 | $ 3,609.26 |
| 02/02/2007 | $ 5,231.20 | $ 3,609.26 |
| 02/16/2007 | $ 5,231.20 | $ 3,609.26 |
| 03/02/2007 | $ 5,231.20 | $ 3,609.26 |
| 03/16/2007 | $ 5,231.20 | $ 3,609.26 |
| 03/30/2007 | $ 5,231.20 | $ 3,609.26 |
| 04/13/2007 | $ 29,000.00 | $ 17,646.50 |
| 04/13/2007 | $ 5,231.20 | $ 3,609.26 |
| 04/27/2007 | $ 5,231.20 | $ 3,609.26 |
| 05/01/2007 | $ 5,231.20 | $ 3,609.26 |
| 05/02/2007 | $ 3,123.03 | $ 2,339.52 |
| 05/06/2007 | $ 23,000.00 | $ 14,611.47 |
| 05/07/2007 | $ 159,549.00 | $100,000.00 |

NEIL THORNBERG
PO BOX 527
FAIRDALE, WV 25839

| DATE | CHECK AMOUNT |
|------|--------------|
| 07/17/2006 | $ 4,000.00 |
| 08/23/2006 | $ 1,000.00 |
| 10/06/2006 | $ 150.00 |
| 11/03/2006 | $ 250.00 |
| 11/27/2006 | $ 97.80 |
| 11/29/2006 | $ 148.00 |
| 11/29/2006 | $ 500.00 |
| 12/14/2006 | $ 51.50 |
| 12/18/2006 | $ 32.17 |
| 12/18/2006 | $ 34.00 |
| 12/20/2006 | $ 500.00 |
| 01/26/2007 | $ 500.00 |
| 02/16/2007 | $ 500.00 |
| 02/27/2007 | $ 64.86 |
| 03/08/2007 | $ 21.18 |
| 03/22/2007 | $ 37.10 |
| 03/22/2007 | $ 9.51 |
| 03/28/2007 | $ 500.00 |
| 04/02/2007 | $ 52.50 |
| 04/03/2007 | $ 35.00 |
| 04/05/2007 | $ 35.00 |
| 04/18/2007 | $ 77.11 |
| 04/24/2007 | $ 60.34 |
| 04/27/2007 | $ 500.00 |
| 05/02/2007 | $ 115.45 |
| 05/07/2007 | $ 400.00 |

PAYROLL EARNINGS

| DATE | GROSS | NET |
|------|-------|-----|
| 05/11/2006 | $ 3,077.60 | $ 2,343.64 |
| 05/26/2006 | $ 3,077.60 | $ 2,343.64 |
| 06/09/2006 | $ 3,077.60 | $ 2,343.64 |
| 06/23/2006 | $ 3,077.60 | $ 2,343.64 |
| 07/07/2006 | $ 3,077.60 | $ 2,343.64 |
| 07/21/2006 | $ 3,077.60 | $ 2,343.64 |
| 08/04/2006 | $ 3,077.60 | $ 2,343.64 |
| 08/18/2006 | $ 3,077.60 | $ 2,343.64 |
| 09/01/2006 | $ 3,077.60 | $ 2,343.64 |
| 09/15/2006 | $ 3,077.60 | $ 2,343.64 |
| 09/29/2006 | $ 3,077.60 | $ 2,343.64 |
| 10/13/2006 | $ 3,077.60 | $ 2,343.64 |
| 10/27/2006 | $ 3,077.60 | $ 2,343.64 |
| 11/10/2006 | $ 3,077.60 | $ 2,343.64 |
| 11/24/2006 | $ 3,077.60 | $ 2,343.64 |
| 12/08/2006 | $ 3,077.60 | $ 2,343.64 |
| 12/22/2006 | $ 3,077.60 | $ 2,343.64 |
| 12/29/2006 | $ 5,999.94 | $ 2,215.94 |
| 01/05/2007 | $ 3,077.60 | $ 2,343.64 |
| 01/19/2007 | $ 3,077.60 | $ 2,343.64 |
| 02/02/2007 | $ 3,077.60 | $ 2,402.37 |
| 02/16/2007 | $ 3,077.60 | $ 2,402.37 |
| 03/02/2007 | $ 3,077.60 | $ 2,402.37 |
| 03/16/2007 | $ 3,077.60 | $ 2,402.37 |
| 03/26/2007 | $ 2,603.80 | $ 2,404.60 |
| 03/30/2007 | $ 3,077.60 | $ 2,402.37 |
| 04/13/2007 | $ 3,077.60 | $ 2,402.37 |
| 04/27/2007 | $ 3,077.60 | $ 2,402.37 |
| 05/01/2007 | $ 3,077.60 | $ 2,402.37 |
| 05/02/2007 | $ 1,065.00 | $ 941.26 |
| 05/06/2007 | $ 85,286.00 | $ 60,000.00 |

BRENDA JEDRA
PO BOX 1951
PINEVILLE, WV 24874

| DATE | CHECK AMOUNT |
|---|---|
| 05/01/2006 | $ 129.66 |
| 05/25/2006 | $ 300.00 |
| 06/26/2006 | $ 300.00 |
| 07/31/2006 | $ 300.00 |
| 08/03/2006 | $ 59.36 |
| 08/25/2006 | $ 300.00 |
| 09/01/2006 | $ 300.00 |
| 09/11/2006 | $ 17.14 |
| 09/26/2006 | $ 300.00 |
| 10/25/2006 | $ 300.00 |
| 11/21/2006 | $ 300.00 |
| 12/04/2006 | $ 300.00 |
| 01/29/2007 | $ 500.00 |
| 02/16/2007 | $ 500.00 |
| 03/28/2007 | $ 500.00 |
| 04/27/2007 | $ 500.00 |

## PAYROLL EARNINGS

| DATE | GROSS | NET |
|---|---|---|
| 05/12/2006 | $ 1,692.80 | $ 1,335.92 |
| 05/26/2006 | $ 1,692.80 | $ 1,335.92 |
| 06/09/2006 | $ 1,692.80 | $ 1,335.92 |
| 06/23/2006 | $ 1,692.80 | $ 1,335.92 |
| 07/07/2006 | $ 1,692.80 | $ 1,335.92 |
| 07/21/2006 | $ 1,692.80 | $ 1,335.92 |
| 08/04/2006 | $ 1,692.80 | $ 1,335.92 |
| 08/18/2006 | $ 1,923.20 | $ 1,500.13 |
| 09/01/2006 | $ 1,923.20 | $ 1,500.13 |
| 09/15/2006 | $ 1,923.20 | $ 1,500.13 |
| 09/29/2006 | $ 1,923.20 | $ 1,500.13 |
| 10/13/2006 | $ 1,923.20 | $ 1,500.13 |
| 10/27/2006 | $ 1,923.20 | $ 1,500.13 |
| 11/10/2006 | $ 1,923.20 | $ 1,500.13 |
| 11/24/2006 | $ 1,923.20 | $ 1,500.13 |
| 12/08/2006 | $ 1,923.20 | $ 1,500.13 |
| 12/22/2006 | $ 1,923.20 | $ 1,500.13 |
| 12/29/2006 | $ 1,923.20 | $ 1,500.13 |
| 01/01/2007 | $ 5,166.00 | $ 4,770.80 |
| 01/05/2007 | $ 1,923.20 | $ 1,500.13 |
| 01/19/2007 | $ 1,923.20 | $ 1,500.13 |
| 02/02/2007 | $ 1,923.20 | $ 1,544.90 |
| 02/16/2007 | $ 1,923.20 | $ 1,544.90 |
| 03/02/2007 | $ 1,923.20 | $ 1,544.90 |
| 03/16/2007 | $ 1,923.20 | $ 1,544.90 |
| 03/30/2007 | $ 1,923.20 | $ 1,544.90 |
| 04/13/2007 | $ 1,923.20 | $ 1,544.90 |
| 04/27/2007 | $ 1,923.20 | $ 1,544.90 |
| 05/01/2007 | $ 1,923.20 | $ 1,544.90 |
| 05/02/2007 | $ 2,181.73 | $ 1,729.87 |
| 05/07/2007 | $ 58,659.00 | $ 40,000.00 |

# United States Bankruptcy Court
### Southern District of West Virginia

In re    **Talon Manufacturing Company, Inc., a West Virginia corporation**        Case No. _____
                                                    Debtor(s)              Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Talon Manufacturing Company, Inc., a West Virginia corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anup Ruia**
**202 Timber Ridge Drive**
**Beckley, WV 25801**

**J.L. Huitt, Jr., Trustee**

**John Sigglekow**

**Neil Thornberg**

**WV Jobs Investment Trust**

**WV Jobs Investment Trust**

☐ None [*Check if applicable*]

**May 10, 2007**                                    /s/ John A. Rollins
Date                                               **John A. Rollins**
                                                   Signature of Attorney or Litigant
                                                   Counsel for    **Talon Manufacturing Company, Inc., a West Virginia**
                                                                  **corporation**
                                                   **Lewis, Glasser, Casey & Rollins PLLC**
                                                   **300 Summers Street**
                                                   **BB&T Square Suite 700**
                                                   **Charleston, WV 25301**
                                                   **304 345-2000 Fax:304 343-7999**
                                                   **courtsjar@lgcr.com**